FILED
SEP 3 - 2009
CLERK, US DISTRICT COURT
NEWPORT NEWS, VA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | DOCKET NO. 4:09-M-315 |
| ) | (Misdemeanor) |
| TINA M. JOHNSON ) | VA 19 |
| ) | |
| ) | Court Date: September 14, 2009 |
| ) | Time: 8:30 a.m. |

## CRIMINAL INFORMATION

### COUNT ONE
(Misdemeanor) – Ticket # 1442283

THE UNITED STATES ATTORNEY CHARGES:

That on or about June 20, 2009, at Fort Eustis, Virginia, on lands acquired for the use of the United States, within the special maritime and territorial jurisdiction of this court, in the Eastern District of Virginia, TINA M. JOHNSON, a person over the age of eighteen, who was responsible for the care of WJ and AJ, children under the age of eighteen, willfully caused a condition which rendered the children in need of supervision by leaving said children alone in the family dwelling locked in a bedroom. (In violation of Title 18 United States Code Sections 7 and 13, assimilating Code of Virginia, Section 18.2-371.)

### COUNT TWO
(Misdemeanor)

THE UNITED STATES ATTORNEY FURTHER CHARGES:

That on or about June 20, 2009, at Fort Eustis, Virginia, on lands acquired for the use of the United States, within the special maritime and territorial jurisdiction of this court, in the Eastern District of Virginia, TINA M. JOHNSON, a person over the age of eighteen, who was responsible for the care of WJ and AJ, children under the age of eighteen, willfully

caused a condition which rendered the children in need of services by failing to maintain an adequately sanitary and clean home. (In violation of Title 18 United States Code Sections 7 and 13, assimilating Code of Virginia, Section 18.2-371.

## COUNT THREE
(Petty) – Ticket No. 1442284

THE UNITED STATES ATTORNEY FURTHER CHARGES:

That between on or about June 20, 2009 at Fort Eustis, Virginia, on lands acquired for the use of the United States, within the special maritime and territorial jurisdiction of this court, in the Eastern District of Virginia, TINA M. JOHNSON, did unlawful assault John Casey, by biting the said John Casey about the arm with her teeth. (In violation of Title 18 United States Code, Section 113(a)(4).

## COUNT FOUR
(Petty) – Ticket No. 1442271

THE UNITED STATES ATTORNEY FURTHER CHARGES:

That between on or about July 4, 2009 at Fort Eustis, Virginia, on lands acquired for the use of the United States, within the special maritime and territorial jurisdiction of this court, in the Eastern District of Virginia, TINA M. JOHNSON, did unlawful assault Christian C. Johnson, by striking the said Christian C. Johnson about the head with her hands. (In violation of Title 18 United States Code, Section 113(a)(4).

## COUNT FIVE
(Petty) Ticket No: 1442272

THE UNITED STATES ATTORNEY FURTHER CHARGES:

That on or about July 4, 2009, at Fort Eustis, Virginia, on lands acquired for the use of the United States, within the special maritime and territorial jurisdiction of this court, in the Eastern District of Virginia, TINA M. JOHNSON, did unlawfully damage an interior

wall and plumbing fixtures in the living quarters located at 311 F Madison Avenue, real property located on Fort Eustis, Virginia, belonging to Balfour Beatty. (In violation of Title 18 United States Code, Sections 7 & 13, assimilating Code of Virginia, Section 18.2-137.)

DANA J. BOENTE
ACTING UNITED STATES ATTORNEY

By: *[signature]*
RICHARD J. WILLIAMS
Special Assistant United States Attorney
Office of the U.S Attorney
OH Bar Number 0076099
101 W. Main St., Suite 8000
Norfolk, Va. 23510
(757) 441-6331, Fax: (757) 441-3205
richard.joseph.williams@us.army.mil

## CERTIFICATE OF SERVICE

I certify that on ___Sep 3___, 2009, I served a true copy of the foregoing CRIMINAL INFORMATION on the defendant TINA M. JOHNSON.

*Richard J. Williams* (signature)
RICHARD J. WILLIAMS
Special Assistant United States Attorney
Office of the U.S Attorney
OH Bar Number 0076099
101 W. Main St., Suite 8000
Norfolk, Va. 23510
(757) 441-6331, Fax: (757) 441-3205
richard.joseph.williams@us.army.mil